UNITED STATES of America, Appellee,

v.

Thomas ARCHER, Defendant,

**44**

**Rukhsana Rafique, aka Rukhsana Rukhsana, Defendant–Appellant.**

**No. 10–4658–cr.**

United States Court of Appeals, Second Circuit.

Sept. 28, 2011.

Yuanchung Lee, Federal Defenders of New York, Inc., New York, NY, for Appellant.

Soumya Dayananda, Assistant United States Attorney for the Eastern District of New York, Brooklyn, N.Y. (Loretta E. Lynch, United States Attorney, Peter A. Norling, Andrew E. Goldsmith, Assistant United States Attorneys, on the brief), for Appellee.

Present: ROSEMARY S. POOLER, B.D. PARKER, SUSAN L. CARNEY, Circuit Judges.

## SUMMARY ORDER

Rukhsana Rafique appeals from a final judgment of conviction entered on November 4, 2010, in the United States District Court for the Eastern District of New York (Johnson, *J.*). She was convicted after a jury trial of conspiracy to commit visa fraud in violation of 18 U.S.C. § 371, and visa fraud, in violation of 18 U.S.C. § 1546(a). She was sentenced to 18 months' imprisonment, three years' supervised release, and held jointly and severally liable with codefendant Thomas Archer for $309,500 in restitution. On appeal, Rafique challenges the restitution order and the district court's imposition of a nine-level sentence enhancement for an offense involving 100 or more fraudulent documents. We assume the parties' familiarity with the underlying facts, procedural history, and specification of issues for review.

Rafique and Archer were tried together. The district court applied the same factual findings and legal analysis in determining the amount of restitution and in applying a nine-level enhancement to both defendants' sentences. On September 20, 2011, this Court issued its opinion in *United States v. Archer*, —— F.3d ——, 2011 WL 4360013 (2d Cir.2011), vacating Archer's sentence and restitution order and remanding for resentencing. For the reasons set forth in *Archer*, Rafique's sentence and restitution order are also **VACATED**, and the case is **REMANDED** for further proceedings as set forth in *Archer*.